

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00002-CV

_____

T. G. DAVIS, TRUSTEE, Appellant

V.

SAMSON LONE STAR, LLC, Appellee

On Appeal from the County Court at Law
Panola County, Texas
Trial Court No. 2008-170

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Appellant, T.G. Davis, Trustee, has filed with this Court a motion to dismiss the pending appeal in this matter.  Appellant represents to this Court that the parties have reached a full and final settlement.  In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Jack Carter
Justice

Date Submitted:    April 15, 2013
Date Decided:     April 16, 2013